UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JARVIS JACKSON, #02220000,<br>    Petitioner,<br>vs.<br><br>Director, Texas Department of Criminal Justice, Correctional Institutions Division,<br>    Respondent. | No. 3:20-CV-3429-B (BH) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this habeas case will be dismissed without prejudice for failure to prosecute or follow orders of the court.

**SIGNED** this 10th day of June , 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE