UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JARVIS JACKSON, )<br>　　#02220000, )<br>　　　　Petitioner, )<br>vs. )<br> )<br>Director, Texas Department of Criminal )<br>Justice, Correctional Institutions Division, )<br>　　　　Respondent. ) | No. 3:20-CV-3429-B (BH) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's request for an extension of time to pay the filing fee, received on June 23, 2021 (doc. 8), is liberally construed as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) and **GRANTED**, the judgment dismissing the case is **VACATED**, and the petitioner is granted thirty days from the date of this order to pay the filing fee.

**SIGNED this 12th day of July, 2021.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE